# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON KEITH SANDERS,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. SMITHZ, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv–01757-LJO-BAM PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 12)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

  Plaintiff Milton Keith Sanders is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On January 19, 2012, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file a timely objection to the Findings and Recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations, filed January 19, 2012, is adopted in full; and

  2. This action is dismissed, with prejudice, for failure to state a claim;

  3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. §

1915(g).  Silva v. Vittorio, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir. Sept. 26, 2011); and

4.    The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

**Dated:**    February 28, 2012              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE